# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICK D. TRIPP & WANDA L. TRIPP        Case Number: 05-71378
5135 PINEROCK DRIVE                SSN-xxx-xx-4781 & xxx-xx-8410
LOVES PARK, IL  61111

Case filed on:   3/24/2005
Plan Confirmed on:   5/13/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,567.75        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 069 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 218 | DIRECT LOAN SERVICING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 255 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICK D. TRIPP | 0.00 | 0.00 | 288.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 288.45 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 5,000.00 | 5,000.00 | 4,057.19 | 474.71 |
|  | Total Secured | 5,000.00 | 5,000.00 | 4,057.19 | 474.71 |
| 001 | CAPITAL ONE AUTO FINANCE | 2,165.43 | 2,165.43 | 0.00 | 0.00 |
| 002 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ARS, INC | 96.91 | 96.91 | 0.00 | 0.00 |
| 004 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASPIRE VISA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATTORNEY LAURA EPSTEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CACV OF COLORADO, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CCB | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COLLECT AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COLUMBUS B & T PRIVATE LAB | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CRA SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | B-LINE LLC | 861.39 | 861.39 | 0.00 | 0.00 |
| 018 | US DEPARTMENT OF EDUCATION | 16,443.14 | 16,443.14 | 0.00 | 0.00 |
| 019 | EDFINANCIAL SERVICES | 6,789.00 | 6,789.00 | 0.00 | 0.00 |
| 020 | ENHANCED RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,141.11 | 1,141.11 | 0.00 | 0.00 |
| 022 | FCNB MASTER TRUST / INFISTAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | H.E. STARK AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HOME SHOPPING NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 1,151.91 | 1,151.91 | 0.00 | 0.00 |
| 028 | JEFFERSON CAPITAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MARLIN INTGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MIDLAND CREDIT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NICOR GAS | 717.50 | 717.50 | 0.00 | 0.00 |
| 033 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PVN / C | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | JEFFERSON CAPITAL SYSTEMS, LLC | 749.25 | 749.25 | 0.00 | 0.00 |
| 038 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD MERCANTILE AGENCY INC | 550.92 | 550.92 | 0.00 | 0.00 |
| 040 | SHOP AT HOME NETWORK | 656.57 | 656.57 | 0.00 | 0.00 |
| 041 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SUNRISE CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SUPERIOR ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | TRAINER, COHEN & THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | UNITED CREDIT SERVICE INC | 299.78 | 299.78 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | WOLPOFF & ABRAMSON, L.L.P. | 1,814.57 | 1,814.57 | 0.00 | 0.00 |
| 048 | KINDERCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | EMERGE MASTERCARD GOLD | 753.31 | 753.31 | 0.00 | 0.00 |
| 050 | BMG MUSIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | CONSUMER PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | CPS SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | DENTAL DESIGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | PREMIER BANKCARD/CHARTER | 492.38 | 492.38 | 0.00 | 0.00 |
| 056 | ECAST SETTLEMENT CORPORATION | 473.70 | 473.70 | 0.00 | 0.00 |
| 057 | LOVES PARK STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | MARSHALL SALON SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | OXFORD MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | RECEIVABLE MANAGEMENT SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | RIDDLE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | ROCK RIVER WATER RECLAMATION | 299.78 | 0.00 | 0.00 | 0.00 |
| 065 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | PREMIER BANKCARD/CHARTER | 295.83 | 295.83 | 0.00 | 0.00 |
| 068 | ILLINOIS STUDENT ASSISTANCE COMM | 6,810.08 | 6,810.08 | 0.00 | 0.00 |
| 070 | B-LINE LLC | 3,584.63 | 3,584.63 | 0.00 | 0.00 |
| 071 | ECAST SETTLEMENT CORPORATION | 1,041.05 | 1,041.05 | 0.00 | 0.00 |
| 072 | SBC MIDWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 47,188.24 | 46,888.46 | 0.00 | 0.00 |
| | Grand Total: | 53,552.24 | 53,252.46 | 5,709.64 | 474.71 |

Total Paid Claimant:     $6,184.35
Trustee Allowance:       $383.40
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008            By  /s/Heather M. Fagan